**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

JERRY BATCHELAR,                                                                                  PLAINTIFF

v.                                              2:14CV00066-JJV

CAROLYN COLVIN,
Acting Commissioner, Social
Security Administration,                                                                          DEFENDANT

## ORDER

Defendant has filed an unopposed Motion to Remand (Doc. No. 6).  Defendant intends to consolidate Plaintiff's cases.

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances, there is good cause shown and a remand is proper.  The Motion of Defendant to remand (Doc. No. 6) is hereby granted, and this case is remanded to the Commissioner.

This is a "sentence six" remand.  The Clerk is directed to administratively close this file.

IT IS SO ORDERED this 15th day of July, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE